**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 14-31862
§
IAMIENTHA N GIVENS §
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 07/16/2015, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/16/2015          By:  /s/ David P. Leibowitz
                                            Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-31862 |
| | § | |
| IAMIENTHA N GIVENS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $7,783.00
*and approved disbursements of*      $5,950.72
*leaving a balance on hand of[1]:*      $1,832.28

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $1,832.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $459.73 | $0.00 | $459.73 |
| David P. Leibowitz, Trustee Expenses | $2.46 | $0.00 | $2.46 |

Total to be paid for chapter 7 administrative expenses:      $462.19
Remaining balance:      $1,370.09

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:      $0.00
Remaining balance:      $1,370.09

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,370.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,746.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | GATEWAY FINANCIAL SERVICES, INC | $9,051.95 | $0.00 | $1,272.40 |
| 2 | nicor gas | $694.97 | $0.00 | $97.69 |

|  | Total to be paid to timely general unsecured claims: | $1,370.09 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata*

only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
                Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Iamientha N Givens  
    Debtor

Case No. 14-31862-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mgonzalez     Page 1 of 1     Date Rcvd: Jun 17, 2015  
                     Form ID: pdf006     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2015.

```
db            +Iamientha N Givens,   659 Price Street,   Calumet City, IL 60409-4139
22394470      +Arnold Harris,   111 West Jackson B Suite 400,   Chicago, IL 60604-4135
22340962      +City of Chicago,   121 N La Salle Street,   Chgo IL 60602-1202
22394471      +Credit Management LP,   4200 International PKWY,   Carrollton, TX 75007-1912
22394473      +Credit Protection,   13355 Noel Rd 21st Floor,   PO Box 802068,   Dallas, TX 75380-2068
22394472      +Hertg Accpt,   1420 S Michigan,   South Bend, IN 46613-2214
22394474      +Hights Aut CU,   21540 Cottage Grove,   Chicago Heights, IL 60411-4345
22394480      +MCS/Gateway Financial,   6200 State St,   Saginaw, MI 48603-3490
22394482      +MCSI Inc,   PO Box 327,   Palos Heights, IL 60463-0327
22394469      +MSCI Inc,   PO Box 327,   Palos Heights, IL 60463-0327
22394483      +Municollofam,   3348 Ridge Road,   Lansing, IL 60438-3112
22394468      +NCA,   PO Box 550,   327 West Fourth St,   Hutchinson, KS 67501-4842
22394485      +Praxis Consultant,   333 East Main Street,   Munster, Ind 46321
22394477      +Regional Recovery Serv,   5250 S Homan Ave,   Hammond, IN 46320-1722
22394484       State Farm Insurance,   National Serv Bureau,   18912 North Creek Su 205,   Bothel, WA 98041
22394476      +US Dep Ed,   PO Box 5609,   Greenville, TX 75403-5609
22394475       US Dept of Ed/Gsl/Atl,   PO Box 4222,   Iowa City, IA 52244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22340964      +E-mail/Text: legalcollections@comed.com Jun 18 2015 01:17:25     Com-Ed,
               509 N Dearborn Street,   Chgo IL 60654-4802
22394479       E-mail/Text: gfslegal@gatewayfinancial.org Jun 18 2015 01:16:31    Gateway Fin,   PO Box 6919,
               Saginaw, MI 48608
22778691      +E-mail/Text: gfslegal@gatewayfinancial.org Jun 18 2015 01:16:31
               GATEWAY FINANCIAL SERVICES, INC,   PO BOX 3257,   SAGINAW MI 48605-3257
22394481      +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 18 2015 01:16:36    NCO Financial Systems,
               600 Holiday Plaza Dr,   Matteson, IL 60443-2238
22340963      +E-mail/Text: bankrup@aglresources.com Jun 18 2015 01:15:24    Nicor Gas,   P O Box 190,
               Aurora Il 60507-0190
22394478      +E-mail/Text: bankruptcy@sw-credit.com Jun 18 2015 01:16:25    Southwest Credit Syste,
               4120 International Pkwy,   Carrollton, TX 75007-1958
23006219      +E-mail/Text: bankrup@aglresources.com Jun 18 2015 01:15:24    nicor gas,   po box 549,
               aurora il 60507-0549
                                                                                              TOTAL: 7
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2015 at the address(es) listed below:
```
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 3
```