UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §  Case No. 14-31862
 §
IAMIENTHA N GIVENS  §
 §
 §
 §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $4,300.00 |
| Total Distributions to Claimants: | $1,370.09 | Claims Discharged Without Payment: | $54,324.42 |
| Total Expenses of Administration: | $468.82 | | |

3) Total gross receipts of $7,783.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $5,944.09 (see **Exhibit 2**), yielded net receipts of $1,838.91 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $468.82 | $468.82 | $468.82 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $68,137.59 | $9,746.92 | $9,746.92 | $1,370.09 |
| **Total Disbursements** | $68,137.59 | $10,215.74 | $10,215.74 | $1,838.91 |

4). This case was originally filed under chapter 7 on 08/29/2014. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>09/04/2015</u>     By:   <u>/s/ David P. Leibowitz</u>
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2014 Tax Refund | 1224-000 | $7,783.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,783.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| IAMIENTHA GIVENS | Exemptions | 8100-002 | $5,944.09 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,944.09** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $459.73 | $459.73 | $459.73 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.46 | $2.46 | $2.46 |
| Green Bank | 2600-000 | NA | $6.63 | $6.63 | $6.63 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $468.82 | $468.82 | $468.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GATEWAY FINANCIAL | 7100-000 | $22,190.00 | $9,051.95 | $9,051.95 | $1,272.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | SERVICES, INC | | | | | |
| 2 | nicor gas | 7100-000 | $0.00 | $694.97 | $694.97 | $97.69 |
| | Arnold Harris | 7100-000 | $133.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago | 7100-000 | $122.00 | $0.00 | $0.00 | $0.00 |
| | Credit Management LP | 7100-000 | $540.00 | $0.00 | $0.00 | $0.00 |
| | Credit Management LP | 7100-000 | $389.00 | $0.00 | $0.00 | $0.00 |
| | Credit Protection | 7100-000 | $911.00 | $0.00 | $0.00 | $0.00 |
| | HertG Accept | 7100-000 | $10,697.00 | $0.00 | $0.00 | $0.00 |
| | Hights Aut Cu | 7100-000 | $1,574.00 | $0.00 | $0.00 | $0.00 |
| | MCS/Gateway Financial | 7100-000 | $14,825.00 | $0.00 | $0.00 | $0.00 |
| | MCSI Inc. | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | MSCI Inc | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| | MSCI Inc. | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| | MSCI, Inc. | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| | MSCI, Inc. | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| | MSCI, Inc. | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| | MSCI, Inc. | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| | Municollofam | 7100-000 | $320.00 | $0.00 | $0.00 | $0.00 |
| | Municollofam | 7100-000 | $320.00 | $0.00 | $0.00 | $0.00 |
| | Municollofam | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| | NCA | 7100-000 | $919.00 | $0.00 | $0.00 | $0.00 |
| | NCA | 7100-000 | $1,059.00 | $0.00 | $0.00 | $0.00 |
| | NCO Financial Systems | 7100-000 | $1,831.00 | $0.00 | $0.00 | $0.00 |
| | NCO Financial Systems | 7100-000 | $261.00 | $0.00 | $0.00 | $0.00 |
| | Praxis Consultant | 7100-000 | $4,486.00 | $0.00 | $0.00 | $0.00 |
| | Regional Recovery Serv | 7100-000 | $210.00 | $0.00 | $0.00 | $0.00 |
| | Southwest Credit Systems | 7100-000 | $557.00 | $0.00 | $0.00 | $0.00 |
| | State Farm Insurance | 7100-000 | $1,351.59 | $0.00 | $0.00 | $0.00 |
| | US Dept Ed | 7100-000 | $1,167.00 | $0.00 | $0.00 | $0.00 |
| | US Dept of Ed/GSL/ATL | 7100-000 | $1,145.00 | $0.00 | $0.00 | $0.00 |
| | US Dept of Ed/GSL/ATL | 7100-000 | $1,180.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $68,137.59 | $9,746.92 | $9,746.92 | $1,370.09 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1
Exhibit 8

| Case No.: | 14-31862-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GIVENS, IAMIENTHA N | Date Filed (f) or Converted (c): | 08/29/2014 (f) |
| For the Period Ending: | 9/4/2015 | §341(a) Meeting Date: | 10/21/2014 |
| | | Claims Bar Date: | 03/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2014 Tax Refund (u) | $3,300.00 | $0.00 | | $7,783.00 | FA |
| 2 | 2 BEDROOM APARTMENT, FURNISHED, DVD PLAYER, 2 TELEVISIONS | $700.00 | $0.00 | | $0.00 | FA |
| 3 | WOMEN'S CLOTHING | $300.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                            **Gross Value of Remaining Assets**

$4,300.00          $0.00                                                                                $7,783.00          $0.00

**Major Activities affecting case closing:**

| 06/30/2015 | TDR to be prepared |
| 04/07/2015 | Objection to Claim Hearing 5/7/15 |
| 03/10/2015 | Review Claims and Prepare TFR |
| 10/27/2014 | Tax Intercept Completed |

| **Initial Projected Date Of Final Report (TFR):** | 05/22/2015 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 05/22/2015 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| Case No. | 14-31862-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GIVENS, IAMIENTHA N | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5213 | | Checking Acct #: | ******6201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/29/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/4/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/10/2015 | (1) | United States Treasury | Unscheduled Tax Refund | 1224-000 | $7,783.00 | | $7,783.00 |
| 03/11/2015 | 3001 | IAMIENTHA GIVENS | Pro rata portion of refund and exemptions due Debtor | 8100-002 | | $5,944.09 | $1,838.91 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.77 | $1,835.14 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.86 | $1,832.28 |
| 07/17/2015 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $459.73 | $1,372.55 |
| 07/17/2015 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.46 | $1,370.09 |
| 07/17/2015 | 3004 | GATEWAY FINANCIAL SERVICES, INC | Claim #: 1; Amount Claimed: 9,051.95; Amount Allowed: 9,051.95;  Distribution Dividend: 14.06; | 7100-000 | | $1,272.40 | $97.69 |
| 07/17/2015 | 3005 | nicor gas | Claim #: 2; Amount Claimed: 694.97; Amount Allowed: 694.97;  Distribution Dividend: 14.06; | 7100-000 | | $97.69 | $0.00 |
| | | | **TOTALS:** | | $7,783.00 | $7,783.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $7,783.00 | $7,783.00 | |
| | | | Less: Payments to debtors | | $0.00 | $5,944.09 | |
| | | | **Net** | | $7,783.00 | $1,838.91 | |

| **For the period of  8/29/2014 to 9/4/2015** | | **For the entire history of the account between 03/10/2015 to 9/4/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $7,783.00 | Total Compensable Receipts: | $7,783.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,783.00 | Total Comp/Non Comp Receipts: | $7,783.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,838.91 | Total Compensable Disbursements: | $1,838.91 |
| Total Non-Compensable Disbursements: | $5,944.09 | Total Non-Compensable Disbursements: | $5,944.09 |
| Total Comp/Non Comp  Disbursements: | $7,783.00 | Total Comp/Non Comp  Disbursements: | $7,783.00 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-31862-CAD | | Trustee Name: | David Leibowitz |
| Case Name: | GIVENS, IAMIENTHA N | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5213 | | Checking Acct #: | ******6201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/29/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/4/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,783.00 | $7,783.00 | $0.00 |

**For the period of 8/29/2014 to 9/4/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,783.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,783.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,838.91 |
| Total Non-Compensable Disbursements: | $5,944.09 |
| Total Comp/Non Comp Disbursements: | $7,783.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/29/2014 to 9/4/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,783.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,783.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,838.91 |
| Total Non-Compensable Disbursements: | $5,944.09 |
| Total Comp/Non Comp Disbursements: | $7,783.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ